```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALENTE GARCIA et al.,                    :        15 Civ. 6292 (RWL)
                                          :
                    Plaintiffs,           :        **ORDER**
                                          :
        - against -                       :
                                          :
VILLAGE RED RESTAURANT CORP., et al.,     :
                                          :
                    Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have not submitted their quarterly status report. Accordingly, by March 26, 2021, the parties shall update the Court as to the status of the bankruptcy proceedings, and continue to do so every 90 days, or at such earlier time as events occur that would warrant lifting the stay in this case.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:      February 24, 2021
            New York, New York

Copies transmitted to all counsel of record.