UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALENTE GARCIA et al.,                           :          15 Civ. 6292 (RWL)
                                                 :
                        Plaintiffs,              :          **ORDER**
                                                 :
        - against -                              :
                                                 :
VILLAGE RED RESTAURANT CORP., et al.,            :
                                                 :
                        Defendants.              :
------------------------------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:_____*
*DATE FILED: 2/17/2022*

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have not submitted a status report since November 19, 2021. (Dkt. 116.) Accordingly, by March 4, 2022, the parties shall file a letter updating the Court as to the status of the bankruptcy proceedings and the settlement agreement referred to in Dkt. 116.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:      February 17, 2022
            New York, New York

Copies transmitted to all counsel of record.